# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN HERRA,

    Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant(s).

Case No. 2:17-cv-02654-JCM-NJK

ORDER

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than February 6, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: January 30, 2018

                                              NANCY J. KOPPE
                                              United States Magistrate Judge